1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   JENNA CHAVEZ,                              CASE NO. CV F 09-1984 LJO SMS

10                 Plaintiff,                  **ORDER AFTER SETTLEMENT**
          vs.
11

12  LEADING EDGE RECOVERY,

13                 Defendant.
    _____/
14

15          Plaintiff has filed a notice indicating that the case has been resolved. Pursuant to this Court's

16  Local Rule 160, this Court ORDERS the parties, **no later than March 1, 2010** to file appropriate papers

17  to dismiss or conclude this action in its entirety.

18          This Court VACATES all pending dates and matters.

19          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20  parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

21          IT IS SO ORDERED.

22  **Dated:   January 20, 2010**              _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28