UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA CHAVEZ, | CASE NO. CV F 09-1984 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| LEADING EDGE RECOVERY, | |
| Defendant. / | |

On February 24, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   February 25, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE